UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHIRLEY ISON-NEWSOME § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:22-cv-02805-L |
| § | |
| JPMORGAN CHASE BANK, NATIONAL § | |
| ASSOCIATION. § | |
| § | |
| Defendant. § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Shirley Ison-Newsome and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Shirley Ison-Newsome, Plaintiff
   c/o BREWER STOREFRONT, PLLC
   1717 Main Street, Suite 5900
   Dallas, Texas 75201

2. BREWER STOREFRONT, PLLC
   Counsel for Plaintiff
   1717 Main Street, Suite 5900
   Dallas, Texas 75201

3. JPMorgan Chase Bank, National Association
   c/o GREENBERG TRAURIG LLP
   2200 Ross Avenue, Suite 5200
   Dallas, Texas 75201

4. GREENBERG TRAURIG LLP
   2200 Ross Avenue, Suite 5200
   Dallas, Texas 75201

This case is in its initial stages, and discovery is ongoing. Accordingly, Plaintiff reserves their right to amend and/or supplement the foregoing disclosure statement in accordance with the Federal Rules of Civil Procedure and the local rules of this Court. See, e.g., Fed. R. Civ. P. 7.1(b); TX R USDCTND LR 7.4.

Dated: January 5, 2023

Respectfully submitted,

**BREWER STOREFRONT, PLLC**

By: */s/ William A. Brewer III*
William A. Brewer III
State Bar No. 02967035
wab@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**COUNSEL FOR PLAINTIFF
SHIRLEY ISON-NEWSOME**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above was served on all counsel of record via the Court's electronic notification system in accordance with the Federal Rules of Civil Procedure on the 5th day of January, 2023.

*/s/ William A. Brewer III*
William A. Brewer III