IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHIRLEY ISON-NEWSOME,<br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK<br>NATIONAL ASSOCIATION,<br>　　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 3:22-CV-2805-L<br>§<br>§<br>§<br>§<br>§ |

## ORDER

By order of reference filed January 13, 2023 (doc. 7), before the Court for recommendation is *Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Original Petition and Brief in Support*, filed January 12, 2023 (doc. 6).

The plaintiff may file a response *and brief containing citations to relevant authorities*[1] no later than **Thursday, February 2, 2023**.  The defendant may file a reply no later than **Thursday, February 16, 2023**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 13th day of January, 2023.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions.  Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.