IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SHIRLEY ISON-NEWSOME,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:22-CV-2805-L** |
| § | |
| **JPMORGAN CHASE BANK,** § | |
| **NATIONAL ASSOCIATION,** § | |
| § | |
| Defendant. § | |

# **ORDER**

Before the court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion") (Doc. 52), filed April 25, 2024. The parties advise that they have reached an agreement in principle that will resolve all matters between them, and they, therefore, request that all deadlines in this case be stayed until May 27, 2024, to give them time to finalize and file dismissal papers. The court truly appreciates the efforts of the parties and counsel in resolving the claims in this case and **grants** their Motion.

Accordingly, the court **stays** all deadlines in this case. The deadline proposed by the parties is a federal holiday. The court, therefore, **directs** them to file a joint stipulation of dismissal or agreed motion to dismiss by **May 28, 2024**. In light of the parties' settlement, the court also **vacates** the referral to the magistrate judge (Doc. 47) of the Emergency Motion for Protective Order and to Quash (Doc. 44) and **denies as moot** this motion.

Additionally, as there appears to be no reason at this time to maintain this case as an open file for statistical purposes, the court determines that it should be, and is hereby, **administratively closed** and **directs** the United States District Clerk to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be

**Order – Page 1**

considered a dismissal or disposition of this case, and should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 25th day of April, 2024.

*[Signature]*
Sam A. Lindsay
United States District Judge