IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHIRLEY ISON-NEWSOME, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 3:22-cv-02805-L |
| § | |
| JPMORGAN CHASE BANK, NATIONAL § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff Shirley Ison-Newsome and Defendant JPMorgan Chase Bank, N.A., by and through their counsel, hereby stipulate as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the parties stipulate to the dismissal of all claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 22, 2024                                                  Respectfully submitted,

**BREWER STOREFRONT, PLLC**                    **GREENBERG TRAURIG LLP**

By: /s/*Josh H. Harris (with permission)*           By: */s/Christopher S. Dodrill*
William A. Brewer III                                         Christopher S. Dodrill
State Bar No. 02967035                                    State Bar No. 24110696
wab@brewerattorneys.com                              christopher.dodrill@gtlaw.com
Joshua H. Harris                                               Jeremy R. Wallace
State Bar No. 24127306                                    State Bar No. 24110825
jharris@brewerattorneys.com                           jeremy.wallace@gtlaw.com
1717 Main Street, Suite 5900                           2200 Ross Ave., Suite 5200
Dallas, Texas 75201                                          Dallas, Texas 75201
214.653.4000                                                     Telephone: (214) 665-3600
214.653.1015                                                     Facsimile: (214) 665-3601

**COUNSEL FOR PLAINTIFF**                        **COUNSEL FOR DEFENDANT**

1